**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CALEB HOLMAN, individually and on behalf of all those similarly situated,

Plaintiff,

Case No.: 9:25-cv-80119-RLR

v.

DIRECT FUNDING NOW, LLC,

Defendant.
_____________________________________/

**NOTICE OF SETTLEMENT**

Plaintiff Caleb Holman, by and through undersigned counsel, hereby submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of same, the parties will file the appropriate dismissal document with the Court.

Dated: March 06, 2025

Respectfully submitted,

*/s/ Christopher Gold*
Christoper Gold
Florida Bar No. 088733
GOLD LAW, PA
350 Lincoln Rd., 2nd Floor
Miami Beach FL 33139
Tel: 305-900-4653
chris@chrisgoldlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Christopher Gold*
Christopher Gold